IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff ) | |
| ) | |
| vs ) | CRIMINAL No. 01-36 ERIE |
| ) | |
| JAMES LAMONT JOHNSON ) | |
| Defendant ) | |

ORDER OF COURT

AND NOW, to wit, this 14Th day of March, 2007, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the case impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

The case is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded case shall file a request with the Clerk with notification to all parties. This pleading/file is to remain sealed for the next 25 years.

Documents: 16, 17, 18, 19, 20, 23, 24, 25, 26, 30, 35, 41, 52

Maurice B. Cohill, Jr.
U.S. District Judge